```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
UNITED STATES OF AMERICA,         :
                                  :
                                  :      04 CR 793(VM)
         -against-                :         ORDER
                                  :
ANGEL OLIVERAS,                   :
                                  :
                 Defendant.       :
---------------------------------X
```

**VICTOR MARRERO, U.S.D.J.:**

It is hereby ordered that the hearing for the above-named defendant, currently scheduled to be held on Friday, March 20, 2020, shall be rescheduled to Friday, May 1, 2020 at 11:30 a.m.

**SO ORDERED:**

```
Dated:   New York, New York
         24 March 2020
```

_____
Victor Marrero
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/25/20