**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------X
UNITED STATES OF AMERICA,

    -against-

ANGEL OLIVERAS,

               Defendant.
-----------------------------------X

04 CR 793(VM)

ORDER

**USDC SDNY DOCUMENT ELECTRONICALLY FILED**
DOC #:_____
DATE FILED: 3/27/2020

**VICTOR MARRERO, U.S.D.J.:**

It is hereby ordered that the hearing regarding the violation of supervised release of the above-named defendant, currently scheduled to be held on Friday, May 1, 2020, shall be rescheduled to Friday, June 19, 2020 at 9:30 a.m.

**SO ORDERED:**

Dated:    New York, New York
           26 March 2020

_____
Victor Marrero
U.S.D.J.