# THE LAW OFFICES OF SEAN M. MAHER, PLLC

April 2, 2020

**VIA ECF**

Honorable Victor Marrero
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/2/2020
```

      **RE:** *United States v. Angel Oliveras,*
            04 Cr. 793 (VM)

Dear Judge Marrero:

    On behalf of defendant Angel Oliveras, I am writing with the consent of the government to request that the terms of Mr. Oliveras' bail be modified as set forth below. As background, since bail was granted, Mr. Oilveras has been released and a financially responsible person has been approved by the U.S. Attorney's Office, however, because of logistical issues, there is some paperwork that needs to be completed. The U.S. Probation Office also has pointed out to the parties that the bond order needs to reflect that that the U.S. Probation Office, not the Pretrial Services Offices, is responsible for supervising Mr. Oliveras. Accordingly, both the defense and the government propose the following modifications to the existing bail terms:

- Bond signature by one (1) co-signer and bond paperwork for the co-signer to be completed by April 9, 2020
- U.S. Probation Office (not pretrial services) supervision as directed
- Mental health treatment as directed by the U.S. Probation Office
- Inspection by the U.S. Probation Office

    I am authorized to state that AUSA Michael Longyear has informed me that the government consents to and joins in this proposed bail package for the Court's consideration.

SO ORDERED.
4/2/2020
DATE
VICTOR MARRERO, U.S.D.J.

Respectfully submitted,

_____/S/_____
Sean M. Maher
*Counsel for Angel Oliveras*

cc: all counsel via ECF