USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/5/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------X
UNITED STATES OF AMERICA,          :
                                   :
                                   :         04 CR 793(VM)
       -against-                   :            ORDER
                                   :
ANGEL OLIVERAS,                    :
                                   :
              Defendant.           :
----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

It is hereby ordered that the hearing regarding the violation of supervised release of the above-named defendant, currently scheduled to be held on Friday, June 19, 2020, shall be rescheduled to Friday, September 4, 2020 at 12:15 p.m.

**SO ORDERED:**

Dated:    New York, New York
          5 June 2020

                                   _____
                                              Victor Marrero
                                                U.S.D.J.