```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/2/2020
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------X
UNITED STATES OF AMERICA,           :
                                    :
                                    :           04 CR 793(VM)
         -against-                  :              ORDER
                                    :
ANGEL OLIVERAS,                     :
                                    :
              Defendant.            :
----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

In light of the ongoing public health emergency, the hearing before the Honorable Victor Marrero on Friday, September 4, 2020 at 12:15 p.m. shall be a teleconference. The parties are directed to use the dial-in number 888-363-4749, with access code 8392198.

**SO ORDERED:**

Dated:   New York, New York
         2 September 2020

_____
Victor Marrero
U.S.D.J.