USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/4/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------
UNITED STATES OF AMERICA,

        Plaintiff,

        -v-

Angel Olivares

        Supervisee.
-------------------------------------

No. 0208 1:04CR00793-003 (VM)

ORDER

Victor Marrero, Senior U.S. District Judge:

The Court hereby orders that the term of Location Monitoring imposed on Angel Olivares is terminated immediately. He must comply with returning all equipment to the U.S. Probation Office on the date provided by probation, following the issuance of this order. He must follow all instruction given by the U.S. Probation Officer.

SO ORDERED:

Dated:     September 4, 2020
            New York, New York

_____
Victor Marrero
U.S.D.J.